# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of October, two thousand twenty-six.

Before: Eunice C. Lee,
*Circuit Judge.*

---

Roadzen, Inc.,

Plaintiff - Appellant,

v.

Meteora Capital Partners L.P., Meteora Select Trading Opportunities Master, L.P., Meteora Strategic Capital, LLC, Meteora Capital LLC, Vikas Mittal, Joseph Levy, Kevin S. Gahwyler, Henry Rogano,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-2126

Appellant moves for leave to supplement the record with and include in the appendix an order dated August 27, 2026 from the Delaware Chancery Court. Appellees oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court