# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge.*

---

Roadzen, Inc.,

Plaintiff - Appellant,

v.

Meteora Capital Partners L.P., Meteora Select Trading Opportunities Master, L.P., Meteora Strategic Capital, LLC, Meteora Capital LLC, Vikas Mittal, Joseph Levy, Kevin S. Gahwyler, Henry Rogano,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-2126

Appellant moves for the removal of this matter from the Expedited Appeals Calendar and for approval of the parties' proposed briefing schedule.

IT IS HEREY ORDERED that the motion is GRANTED, on consent. Appellant's opening brief is due November 30, 2026. Appellees' answering brief is due December 30, 2026. Appellant's reply brief is due January 25, 2027.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

UNITED STATES SECOND CIRCUIT COURT OF APPEALS